537 P.2d 28

**The STATE of Arizona, Appellant,**

v.

**James Frances O'BRIEN, Appellee.**

**No. 3103–PR.**

Supreme Court of Arizona.

June 17, 1975.

## ORDER

It is ordered: The Order granting Petition for Review dated January 28, 1975, is hereby vacated as being improvidently granted.

It is further ordered: Petition for Review—Denied.